**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**CLARENCE BLEVINS,**
Reg. #21221-001                                                                                       **PLAINTIFF**

V.                             CASE NO. 2:16-CV-19-BRW-BD

USA                                                                                                   **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.      Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of the date of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion:**

Plaintiff Clarence Blevins, a federal inmate at the Federal Correctional Institution in Forrest City, Arkansas, filed this case without the help of a lawyer under the Federal Tort Claim Act.  (Docket entry #1)  Mr. Blevins did not file either a complete *in forma pauperis* (IFP) application or pay the $400 statutory filing fee with his complaint.  On February 9, 2016, the Court ordered Mr. Blevins to address the filing fee issue within

thirty days by either paying the fee or filing an IFP application. (#3) The Court specifically cautioned Mr. Blevins that his lawsuit could be dismissed if he failed to comply with the Court's February 9 Order. To date, Mr. Blevins has not responded to the Court's February 9, 2016 Order and has not paid the filing. The time allowed for doing so has expired.

## III. Conclusion:

The Court recommends that Mr. Blevins's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's February 9, 2016 Order. Local Rule 5.5.

DATED this 11th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE