**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**CLARENCE BLEVINS,**
Reg. #21221-001                                                                                          PLAINTIFF

VS.                             2:16-CV-00019-BRW/BD

USA                                                                                                              DEFENDANT

## ORDER

Magistrate Judge Beth Deere has filed a Recommended Disposition, and Mr. Blevins has not filed an objection. The Recommendation is approved and adopted in all respects.

Accordingly, Mr. Blevins's claims are DISMISSED, without prejudice, based on his failure to comply with the February 9, 2016 Order.

IT IS SO ORDERED, this 30th day of March, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE